

nathanielpunzalanind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 0 8 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHANIEL DIAZ PUNZALAN, <br><br> Defendant. | CRIMINAL CASE NO. 07-00075 <br><br> **INDICTMENT** <br><br> POSSESSION OF A FIREARM BY A FELON <br> [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2] <br> (Counts I and III) <br> POSSESSION OF AMMUNITION BY A FELON <br> [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2] <br> (Counts II and IV) |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A FELON

On or about January 2, 2006, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and affecting commerce, a firearm, to wit: a .45 caliber pistol, brand name: Essex Arms Corp; Serial Number #SS6838, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

On or about January 2, 2006, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and affecting commerce, ammunition, to wit: forty three .45 caliber ammunition, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT III - POSSESSION OF A FIREARM BY A FELON

On or about April 11, 2007, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and affecting commerce, a firearm, to wit: a Springfield Armory pistol, model XD-45, .45 caliber pistol, serial number US661844, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT IV - POSSESSION OF AMMUNITION BY A FELON

On or about April 11, 2007, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and

//
//

affecting commerce, ammunition, to wit: nine rounds of .45 caliber ammunition, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

DATED this 8th day of August, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-3-

**Criminal Case Cover Sheet**                                                                                          **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____                    **Related Case Information:**

Country/Parish _____                                                                                           **07-00075**

                                    Superseding Indictment _____ Docket Number _____

                                    Same Defendant _____ New Defendant __x__

                                    Search Warrant Case Number _____

                                    R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name      _NATHANIEL DIAZ PUNZALAN_

Alias Name          _____

Address             _____

                  _Yigo, Guam_

Birthdate _Xx/xx/1980_ SS# _xxx-xx-6834_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA _Rosetta L. San Nicolas_

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**RECEIVED AUG - 8 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _4_   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1), 924(a)(2) & 2 | Possession of a Firearm by a Felon | 1 - 3 |
| Set 2 | 18 USC 922(g)(1), 924(a)(2) & 2 | Possession of Ammunition by a Felon | 2 - 4 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/7/07__   Signature of AUSA: _[signature]_