LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR WRIT OF HABEAS** |
| NATHANIEL DIAZ PUNZALAN, | ) **CORPUS AD PROSEQUENDUM** |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, NATHANIEL DIAZ PUNZALAN, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on August 10, 2007, at 2:30 p.m. for his initial appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 8th day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney