natpunzalanwrit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WRIT OF HABEAS CORPUS** |
| | ) **AD PROSEQUENDUM** |
| NATHANIEL DIAZ PUNZALAN, | ) |
| Defendant. | ) |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

    This Court finds that NATHANIEL DIAZ PUNZALAN is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on August 10, 2007, at 2:30 p.m. for his initial appearance/arraignment on the federal charges in the District Court of Guam.

    **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce

| | |
|---|---|
| 1 | NATHANIEL DIAZ PUNZALAN before this Court on August 10, 2007 at 2:30 p.m. and |
| 2 | |
| 3 | whenever necessary hereafter to attend court appearances in the above-entitled case and upon |
| 4 | completion of said prosecution and/or court appearances and/or upon further order of the court, |
| 5 | return said prisoner to her place of confinement. |
| 6 | **SO ORDERED**. |



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 10, 2007