# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____



FILED
DISTRICT COURT OF GUAM
AUG 10 2007
JEANNE G. QUINATA
Clerk of Court

RECEIVED
AUG 1 2007
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

NATHANIEL DIAZ PUNZALAN

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00075

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Room |
|---|---|
| | Date and Time<br>Friday August 10, 2007 at 2:30 p.m. |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [X] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of _____ United States Code, Section(s) _____

**Brief description of offense:**

    Count I and III - POSSESSION OF A FIREARM BY A FELON, 18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2
    Count II & IV - POSSESSION OF AMMUNITION BY A FELON, 18 U.S.C. §§ 922(g)(1) & 924(a)(2) & 2

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

August 8, 2007
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 8/10/07 |

**Check one box below to indicate appropriate method of service**

☒ Served personally upon the defendant at: U.S. District Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8/10/07                         J. Sales
         Date                        Name of United States Marshal

                                     Clea R__
                                     (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.