JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NATHANIEL DIAZ PUNZALAN

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

Upon motion by the Defendant's counsel and for good cause shown,

IT IS ORDERED that the motion to withdraw filed by the Office of the Federal Public Defender is hereby granted, and attorney Louie J. Yanza is appointed to represent the Defendant in this matter.



/s/ **Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Sep 17, 2007**