```
Louie J. Yanza
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone:  (671) 477-7059
Facsimile:   (671) 472-5487

Attorneys for Defendant
NATHANIEL DIAZ PUNZALAN
```



FILED
DISTRICT COURT OF GUAM
SEP 2 5 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES |
| NATHANIEL DIAZ PUNAZALAN, | |
| Defendant. | [No oral argument requested] |

TO: UNITED STATES OF AMERICA, by and through its attorney of record, ROSETTA SAN NICOLAS, Assistant U.S. Attorney

### MOTION TO WITHDRAW

COMES NOW Counsel for Defendant NATHANIEL DIAZ PUNZALAN ("PUNZALAN"), pursuant to Rules 1.3 and 1.16 of the Guam Rules of Professional Conduct, Counsel for Defendant PUNZALAN hereby moves this Court to withdraw as counsel of record for Defendant PUNZALAN.

-1-

This motion is based on the accompanying Declaration of Counsel and Memorandum of Points and Authorities submitted herewith, the record of the proceedings and papers on file herein.

Dated this 25th day of September, 2007.

    MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**NATHANIEL DIAZ PUNZALAN**

By: _____
    LOUIE J. YANZA

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 1.3 of the Guam Rules of Professional Conduct states:

**Diligence.**

A lawyer shall act with reasonable diligence and promptness in representing a client.

Rule 1.16 of the Guam Rules of Professional Conduct states:

**Declining or Terminating Representation.**

\* \* \*

(b) Except as stated in paragraph (3), a lawyer may withdraw from representing a client if:

\* \* \*

(7) other good cause for withdrawal exists.

G.R.P.R., Rule 1.16(b)(7).

Due to the reasons set forth in the Declaration of Counsel, good cause exists for the withdrawal.

## CONCLUSION

The law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP** respectfully requests that this Court grant this Motion to Withdraw as Counsel of Record for Defendant PUNZALAN.

Respectfully submitted this 25th day of September, 2007.

        **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
        Attorneys for Defendant
        **NATHANIEL DIAZ PUNZALAN**

By: _____
      LOUIE J. YANZA

-3-

Case 1:07-cr-00075   Document 13   Filed 09/25/2007   Page 3 of 3