Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
NATHANIEL DIAZ PUNZALAN



FILED
DISTRICT COURT OF GUAM
SEP 25 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW |
| NATHANIEL DIAZ PUNAZALAN, | |
| Defendant. | |

I, LOUIE J. YANZA, declare as follows:

1. I am a U.S. Citizen over the age of eighteen (18) years.

2. I am an attorney licensed to practice in Guam.

3. On September 17, 2007, I was appointed to represent the Defendant in the above-entitled action.

4. Due to the press of my cases and current schedule I am unable to provide effective representation of the Defendant, and I request that I be allowed to withdraw on the grounds that my present workload and schedule are demanding and hectic, and do not provide me the opportunity to accept any new criminal appointments at this time.

-1-

Case 1:07-cr-00075   Document 14   Filed 09/25/2007   Page 1 of 2

ORIGINAL

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Executed this 25th day of September, 2007, in Hagåtña, Guam.

LOUIE J. YANZA