Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
NATHANIEL DIAZ PUNZALAN



FILED
DISTRICT COURT OF GUAM
SEP 25 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| NATHANIEL DIAZ PUNAZALAN, | |
| Defendant. | |

I, LOUIE J. YANZA, hereby certify that on the 25th day of September, 2007, I caused a copy of the foregoing documents:

1. Motion to Withdraw as Counsel of Record; and

2. Declaration of Counsel in Support of Motion to Withdraw.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same, as follows:

Mr. Nathaniel D. Punzalan
c/o Department of Corrections
Post Office Box 3236
Hagåtña, Guam 96932

-1-

ORIGINAL

CERTIFICATE OF SERVICE
United States of America v. Nathaniel Diaz Punzalan
U.S. District Court of Guam, Criminal Case No. CR07-00075

**Ms. Rosetta San Nicolas**
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

Respectfully submitted this 25th day of September, 2007.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
NATHANIEL DIAZ PUNZALAN

By: _____
LOUIE J. YANZA