1    Louie J. Yanza
     MAHER • YANZA • FLYNN • TIMBLIN, LLP
2    115 Hesler Place, Ground Floor
     Gov. Joseph Flores Building
3    Hagåtña, Guam 96910
     Telephone:   (671) 477-7059
4    Facsimile:    (671) 472-5487

5    Attorneys for Defendant
     NATHANIEL DIAZ PUNZALAN
6

7                    IN THE DISTRICT COURT OF GUAM

8
     UNITED STATES OF AMERICA,              CRIMINAL CASE NO. 07-00075
9

10                Plaintiff,

11        vs.
                                            ORDER GRANTING MOTION TO
12   NATHANIEL DIAZ PUNAZALAN,              WITHDRAW AS COUNSEL OF
                                            RECORD
13

14                Defendant.
     _____ /

15        WHEREAS  court-appointed  counsel,  Louie  J.  Yanza  of  the  law  offices  of

16   MAHER • YANZA • FLYNN • TIMBLIN, LLP, having filed a Motion to Withdraw as

17   Counsel of Record for the Defendant NATHANIEL DIAZ PUNZALAN in the above-

18   entitled action on September 25, 2007; and

19
          WHEREAS, the Court having reviewed the record of the proceedings and
20
     papers on file herein, concludes that said motion is well taken and hereby accordingly
21
     grants the same, now therefore,
22

23   / /

24   / /

25   / /

                                    -1-

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. That the Motion to Withdraw as Counsel of Record be, and the same hereby is granted;

2. That Louie J. Yanza of the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP is hereby withdrawn as court-appointed counsel for the Defendant NATHANIEL DIAZ PUNZALAN;

3. That G. Patrick Civille is hereby appointed as counsel of record for the Defendant NATHANIEL DIAZ PUNZALAN; and

4. That the law firm of MAHER • YANZA • FLYNN • TIMBLIN, LLP shall serve a copy of this Order on Mr. Civille and the Defendant NATHANIEL DIAZ PUNZALAN.



/s/ Joaquin V.E. Manibusan, Jr.
  U.S. Magistrate Judge
Dated: Sep 26, 2007

-2-