**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff*
*Nathaniel Diaz Punzalan*

**FILED**
DISTRICT COURT OF GUAM

OCT - 2 2007

**JEANNE G. QUINATA**
**Clerk of Court**



## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00075 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO CONTINUE** |
| ) | |
| NATHANIEL DIAZ PUNZALAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Nathaniel Diaz Punzalan, through his counsel G. Patrick Civille, moves this Court for an order continuing the trial date for forty-five (45) days from October 10, 2007, set by this Court's Trial Order filed on August 13, 2007, to November 26, 2007, or some other date thereafter convenient for the Court. Defendant further requests that the pretrial motions deadline of September 19, 2007 and the October 3, 2007 deadline for submission of trial documents be continued for 45 days.

This motion is based on the following: (1) counsel, G. Patrick Civille, was appointed to this case on September 26, 2007, and he was off-island at the time and will return to Guam on the evening of October 3, 2007 (and in his office on October 4, 2007); (2) Mr. Civille has a civil case scheduled in this Court before visiting Judge Marshall on October 9, 2007; (3) Mr. Civille knows nothing about this case and will try to meet with the Defendant later this week; and, (4) Mr. Civille

ORIGINAL

needs at least 45 days to prepare for trial. Accordingly, it is moved that the trial date be rescheduled for at least 45 days from the originally scheduled trial date of October 10, 2007, that is to November 26, 2007, or later, the pretrial motions cutoff date be rescheduled from September 19, 2007 to November 5, 2007, or later, and that the October 3, 2007 deadline for the submission of trial documents be extended to November 19, 2007, or later.

DATED at Hagåtña, Guam, on October 2, 2007.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**