**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Plaintiff*
*Nathaniel Diaz Punzalan*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: MOTION TO CONTINUE** |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

WHEREAS, counsel for Defendant G. Patrick Civille was appointed in this case on September 26, 2007, and has been away from Guam since before that date, returning to his office on October 4, 2007, and has been unable to review this case, and Defendant, through counsel, having moved to continue the trial date currently set by this Court's August 13, 2007 Trial Order for October 10, 2007, and the deadlines for the filing of pretrial motions and submission of trial documents and lists set forth in the August 13, 2007; and

WHEREAS, this Court having reviewed the motion to continue, the record of the proceedings and papers on file herein, concludes that the motion is well taken and hereby grants the same as follows:

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. That the trial in the case is continued from October 10, 2007, to December 4, 2007, at 9:30 a.m.

2. That the pretrial motions shall be filed no later than November 6, 2007.

3. That the deadlines for the submission of documents and lists set forth in this Court's Trial Order of August 13, 2007, are hereby continued until fourteen calendar days prior to the continued trial, or November 20, 2007.

IT IS ALSO SO ORDERED, based on the above-referenced motion, that the time between October 3, 2007 and December 3, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Oct 05, 2007