**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Nathaniel Diaz Punzalan*



FILED
DISTRICT COURT OF GUAM

NOV 20 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO SEAL** |
| | ) | **DECLARATION OF COUNSEL** |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

Defendant hereby requests that the Declaration of Counsel filed in support of Defendant's Motion to Withdraw be filed under seal and remain sealed until the conclusion of the case. The reason for this request is that the Declaration contains confidential information relating to a sealed matter in the Superior Court of Guam.

DATED at Hagåtña, Guam, on November 20, 2007.

**CIVILLE & TANG, PLLC**

By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*

ORIGINAL