**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Nathaniel Diaz Punzalan*

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

Upon application by the defense counsel and for good cause shown,

IT IS HEREBY ORDERED that the Declaration of Counsel filed in support of Defendant's Motion to Withdraw be filed under seal and remain sealed until further order of the court.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Nov 21, 2007**