IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 07-00075
                             )
                Plaintiff,   )
                             )
        vs.                  )
                             )
NATHANIEL DIAZ PUNZALAN,     )         **ORDER**
                             )
                Defendant.   )
_____)

On November 20, 2007, defense counsel G. Patrick Civille filed a Motion to Withdraw as Counsel. For good cause shown, the court hereby GRANTS the motion and appoints attorney Cynthia V. Ecube as counsel of record for the Defendant.

The court notes that trial herein is presently set to commence on December 4, 2007. In light of this impending date and Ms. Ecube's recent appointment as counsel, the court hereby vacates the trial date and sets this matter for a status hearing on Wednesday, November 28, 2007, at 10:30 a.m. The parties should appear at said hearing prepared to discuss the scheduling of this matter for trial.

Additionally, the period of time between the filing of this Order to the November 28 status hearing date, inclusive, is excluded for purposes of the speedy trial computations based on a finding that the ends of justice served by the granting of a continuance of the trial date to enable newly appointed counsel to adequately prepare for trial outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Nov 21, 2007**