# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00075-001            DATE: November 28, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 10:42:05 - 10:51:50
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan       Attorney: Cynthia V. Ecube
    Present    Custody    Bond    P.R.         Present    Retained    FPD    CJA
U.S. Attorney: Rosetta San Nicolas        U.S. Agent:
U.S. Probation: Carleen Borja            U.S. Marshal: J. Salas / S. Lujan
Interpreter:                                          Language:

**PROCEEDINGS: Status Hearing**
- Ms. Ecube advised the Court that there may be a possible conflict of representation.
- Court continued the matter to allow counsel to review the file and ordered that the continuance outweighs the best interest of the public and the defendant in a speedy trial and the time from today to 12/3/2007 is excluded from the Speedy Trial Act calculations.
- Proceedings continued to: December 3, 2007 at 10:00 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: