LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**NATHANIEL DIAZ PUNZALAN**

**FILED**
**DISTRICT COURT OF GUAM**
NOV 29 2007
**JEANNE G. QUINATA**
**Clerk of Court**

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR-07-00075 |
| Plaintiff, ) | |
| vs. ) | MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM OF LAW AND CERTIFICATE OF SERVICE |
| NATHANIEL DIAZ PUNZALAN, ) | |
| Defendant. ) | |

### A. MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant, **NATHANIEL DIAZ PUNZALAN**, by and through his undersigned counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and moves this Honorable Court for Leave permitting **CYNTHIA V. ECUBE, ESQ**, and the Law Office of Cynthia V. Ecube, to withdraw from further representation of Defendant. This Motion is based upon the attached Memorandum of Law and Declaration of Counsel in support of this Motion, and for good cause shown, as provided in the Model Rules of Professional Responsibility.

Dated this 29th day of November, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

### B. MEMORANDUM OF LAW:

Pursuant to the ABA Model Rules of Professional Conduct (hereinafter "MRPC"), Section 1.7 of the rules provide that a lawyer shall withdraw from a matter when circumstances arise which impair her ability to discharge her duty of loyalty. In the instant case, the undersigned's acceptance of this pending criminal appointment presents a potential conflict of interest.

Based upon review of the file and brief discussions with the Defendant, **NATHANIEL D. PUNZALAN**, the undersigned is informed that at the time Defendant was arrested pursuant to a warrant of arrest, the marshal in charge was Marshal, Roland Okada. Further, after brief discussions with the Defendant, it appears that it is Defendant's desire to proceed forward with trial in this case. The undersigned believes that Roland Okada may likely be a key witness in the government's case in chief. Moreover, because of the past and ongoing relationship with Marshal Roland Okada, the undersigned believes that acceptance of representation of Defendant presents a conflict of interest. Based upon the undersigned's motion and declaration filed herein, the undersigned is hereby moving this Honorable Court for leave to withdraw as counsel on behalf of Defendant. See Declaration of Cynthia V. Ecube.

Based upon the foregoing Motion and the Declaration of Counsel, and for good cause existing, the undersigned is requesting that this Honorable Court permit the undersigned to withdraw as counsel of record, herein.

Dated this 28th day of November, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

//
//
//

# CERTIFICATE OF SERVICE

I, MELVINA S. N. MANGUBA, Legal Secretary for the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 29th day of November, 2007, I caused to be served by facsimile a copy of the "Motion to Withdraw as Counsel" in Criminal Case No. **CR-07-00075**, to:

**ROSETTA SAN NICOLAS, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
MELVINA S. N. MANGUBA

CVE/mm
L:\CLIENTS\CVE-CLIENTS\Puzalan, Nathaniel\Mtn to Withdraw.11.28.07