LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**NATHANIEL DIAZ PUNZALAN**

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR-07-00075 |
| *Plaintiff,* | |
| vs. | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT |
| NATHANIEL DIAZ PUNZALAN, | |
| *Defendant.* | |

I, **CYNTHIA V. ECUBE, ESQ.**, hereby depose and state as follows:

1. I am the Court-appointed Attorney of Record on behalf of Defendant in the above-entitled criminal matter pending in the District Court of Guam;

2. I make these statements based upon personal knowledge, except for those matters based upon information and belief, and if called to testify, could competently testify thereto;

3. That based upon my review of the file and brief discussions with the Defendant in this case, there exists a potential conflict of interest.

4. Having reviewed the pleadings in discovery materials, one of the key witnesses that may be testifying in this case is Marshal Roland Okada. The undersigned counsel represents Mr. Okada's family on a number of legal matters and had also provided legal consultation to Mr. Okada. The undersigned continues to provide and render legal assistance to Mr. Okada and his family when

requested. Moreover, the undersigned has a close personal relationship with Mr. Okada and his family.

5. Additionally, after briefly consulting with the Defendant in this case, Mr. Punzalan has indicated that he is unwilling to accept a plea agreement and desires to move forward with trial in his case. The undersigned's acceptance of this appointment may present a conflict of interest with Mr. Okada as a witness on behalf of the government and create an undue hardship regarding the existing familia relationship between the undersigned and with Mr. Okada based upon the foregoing representations.

6. That based upon the foregoing statements, the undersigned counsel respectfully requests that the Court appoint new counsel on behalf of Defendant, herein.

Dated this 28th day of November, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant