# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00075                                DATE: December 03, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori             Court Reporter: None Present
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 3:05:36 - 3:16:52
CSO: D. Quinata

---

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan        Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas        U.S. Agent:
U.S. Probation: None Present              U.S. Marshal: V. Roman / T. Muna
Interpreter:                              Language:

---

**PROCEEDINGS: Continued Status Hearing**
- The Court stated that Ms. Ecube's motion to withdraw is granted and that Mr. Gavras is appointed.
- Trial set for: February 7, 2008 at 9:30 A.M.
- Defendant to remain in custody.

NOTES: The Court excluded the time beginning today until February 7, 2008. The Court found that such continuance will allow defense attorney reasonable time for effective preparation and that the ends of justice is served and is in the best interest of the public and the defendant in a speedy trial.