DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**NATHANIEL DIAZ PUNZALAN,**<br><br>Defendant. | CRIMINAL CASE NO. **07-00075**<br><br><br><br>**O R D E R** |

On November 21, 2007, the Court appointed attorney Cynthia V. Ecube as counsel for the Defendant. See Order, Docket No. 24. On November 29, 2007, Ms. Ecube filed a motion to withdraw based on the existence of a conflict of interest. See Mot. & Decl., Docket Nos. 29 & 30. For good cause shown, the court hereby appoints WILLIAM L. GAVRAS as counsel of record for the Defendant, *nunc pro tunc* to November 30, 2007.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Dec 03, 2007