William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorney for Defendant**
**NATHANIEL DIAZ PUNZALAN**



**FILED**
DISTRICT COURT OF GUAM

JAN 0 7 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL CASE NO. 07-00075** |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION FOR CONTINUANCE** |
| **NATHANIEL DIAZ PUNZALAN,** | ) | |
| Defendant. | ) | |

COME NOW the parties, by and through their undersigned counsels, and hereby stipulate for the reasons that because counsel for the Defendant was off-island for an extended period of time for medical reasons and for vacation, and due to the voluminous discovery in this case, Defendant's counsel shall have until Friday, January 11, 2008, to file his Motions.

SO STIPULATED.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: 1-7-08

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
NATHANIEL DIAZ PUNZALAN

United States of America v. Nathaniel Diaz Punzalan;
Criminal Case No. 07-00075
Stipulation for Continuance
January, 2008

                                                  UNITED STATES ATTORNEY
                                                  DISTRICTS OF GUAM and NMI

Date: __1/7/08__ .          By: _____
                                                            Assistant U.S. Attorney