William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
NATHANIEL DIAZ PUNZALAN

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **CRIMINAL CASE NO. 07-00075** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **NATHANIEL DIAZ PUNZALAN,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the Defendant's counsel, William L. Gavras, Esq., shall have until noon on **Friday, January 11, 2008**, to file his Motions in the above-captioned matter.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
Dated: Jan 08, 2008