William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
NATHANIEL DIAZ PUNZALAN



FILED
DISTRICT COURT OF GUAM

JAN 30 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT

OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

William L. Gavras, hereby moves the Court to withdraw as counsel for NATHANIEL DIAZ PUNZALAN in the above entitled case.

This Motion is based on the Declaration of Counsel and the accompanying Memorandum of Points and Authorities, and on any evidence which may be presented at the hearing on this matter.

ORIGINAL

United States of America v. Nathaniel Diaz Punzalan;
Criminal Case No. 07-00075
Motion To Withdraw As Counsel
January, 2008

Dated: January 29, 2008.        LAW OFFICES OF WILLIAM L. GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
NATHANIEL DIAZ PUNZALAN

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the U.S. Attorney's Office, Rosetta L. San Nicolas, Esq., a true and correct copy of this document on or before January 29, 2008.

Dated: January 29, 2008.        LAW OFFICES OF WILLIAM L. GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
NATHANIEL DIAZ PUNZALAN