William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
NATHANIEL DIAZ PUNZALAN



FILED
DISTRICT COURT OF GUAM

JAN 30 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT

## OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00075 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MEMORANDUM OF POINTS |
| ) | AND AUTHORITIES IN SUPPORT |
| ) | OF MOTION TO WITHDRAW AS |
| NATHANIEL DIAZ PUNZALAN, ) | AS COUNSEL |
| ) | |
| Defendant. ) | |

### MOTION

William L. Gavras hereby moves the Court for permission to withdraw as counsel of record for the Defendant, Nathaniel Diaz Punzalan, due to the fact that the attorney-client relationship is irretrievably broken. Defendant has stated he no longer trusts counsel. Such a statement makes continued representation untenable. This request is supported by the Memorandum of Points & Authorities below and the Declaration of William L. Gavras.

ORIGINAL

United States of America v. Nathaniel Diaz Punzalan;
Criminal Case No. 07-00075
Memorandum of Points and Authorities In Support of Motion To Withdraw As Counsel
January, 2008

## MEMORANDUM OF POINTS AND AUTHORITIES

William L. Gavras brings this Motion to Withdraw as Counsel of record for the Defendant due to the fact that the attorney-client relationship is irretrievably broken.

This request is made in compliance with the spirit and letter of the Model Rules of Professional Conduct, as contained in Title 7 of the Guam Code Annotated, in particular, Rule 1.16 Subsection [a] which reads in part:

[a] Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if: 1. The representation will result in violation of the Rules of Professional Conduct or other law; 2. The lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client; or 3. The lawyer is discharged.

The Defendant will not communicate with counsel and thus counsel cannot competently represent Defendant.

Dated: January 29, 2008.    LAW OFFICES OF WILLIAM L. GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
NATHANIEL DIAZ PUNZALAN