William L. Gavras, Esq.
**LAW OFFICES OF WILLIAM L. GAVRAS**
**A Professional Corporation**
2nd Floor, J & R Building
**208 Route 4**
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
NATHANIEL DIAZ PUNZALAN

**FILED**
DISTRICT COURT OF GUAM

JAN 30 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT

## OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CRIMINAL CASE NO. 07-00075** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION OF COUNSEL** |
| | ) | |
| **NATHANIEL DIAZ PUNZALAN,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, WILLLIAM L. GAVRAS, being first duly sworn, depose and say:

1.  I am an attorney licensed to practice before the courts of the island of Guam and the District Court of Guam.

2.  I represent the Defendant in this cause.

3.  The Defendant will not communicate with me.

4.  The Defendant, Nathaniel Diaz Punzalan, has stated that he no longer trusts me.

5.  The Defendant has requested that I file this Motion to Withdraw.

ORIGINAL

**United States of America v. Nathaniel Diaz Punzalan;**
**Criminal Case No. 07-00075**
**Declaration of Counsel**
**January, 2008**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: January 29, 2008.  LAW OFFICES OF WILLIAM L. GAVRAS

By:
  WILLIAM L. GAVRAS, ESQ.
  Attorney for Defendant
  NATHANIEL DIAZ PUNZALAN