# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00075          DATE: January 31, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:06:12 - 9:18:55
CSO: D. Quinata

**APPEARANCES:**

Defendant: Nathaniel Diaz Punzalan          Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent:
U.S. Probation: Carleen Borja               U.S. Marshal: V. Roman/T. Muna
Interpreter:                                Language:

**PROCEEDINGS: Motion to Withdraw as Counsel**
- Motion to withdraw as counsel <u>granted</u>.
- Rawlen Mantanona is appointed as counsel.
- Status hearing is set for: <u>February 5, 2008 at 10:00 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: