IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) |
| vs. | ) |
| NATHANIEL DIAZ PUNZALAN, | ) **ORDER** |
| Defendant. | ) |

On January 30, 2008, defense counsel William L. Gavras filed a Motion to Withdraw as Counsel. Following a hearing on the matter and for good cause shown, the court hereby grants the motion and appoints attorney Rawlen Mantanona as counsel of record for the Defendant.

The court notes that trial herein is presently scheduled to commence on February 7, 2008. In light of this impending date and Mr. Mantanona's recent appointment as counsel, the court hereby vacates the trial date and sets this matter for a status hearing on Tuesday, February 5, 2008, at 10:00 a.m. The parties should appear at said hearing prepared to discuss the scheduling of this matter for trial.

Additionally, the period of time between the filing of this Order to the February 5, 2008, status hearing date, inclusive, is excluded for purposes of the speedy trial computations based on a finding that the ends of justice served by the granting of a continuance of the trial date to enable newly appointed counsel to adequately prepare for trial outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 31, 2008**