**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-07-00075 　　　　　　　　　　　　DATE: February 05, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 10:04:49 - 10:11:00
CSO: D. Quinata

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan　　　　Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**
- Defense Motion to continue status hearing granted.
- The period from today 2/5/2008 to 2/12/2008 is excluded for purposes of speedy trial computation. The court found that the ends of justice is served by continuing the status hearing and allowing counsel additional time to review the case and advise the court as to the amount of time he may need to prepare for trial outweighs the best interest of the public and the defendant in a speedy trial.
- Proceedings continued to: February 12, 2008 at 9:30 a.m
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: