**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES**

CASE NO.: CR-07-00075          DATE: February 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:26:05 - 9:31:46
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan      Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Judy Ocampo      U.S. Marshal: V. Roman
Interpreter:      Language:

**PROCEEDINGS: Continued Status Hearing**
- Motion to continue trial by defense. Granted.
- The period from today 2/12/2008 to 3/24/2008 is excluded for the purposes of speedy trial computation. The court found that the ends of justice are served by continuing the trial outweighs the best interest of the public and the defendant in speedy trial.
- Trial is continued to: March 24, 2008 at 9:00 a.m.
- All motions are due by March 3, 2008.
- Opposition is due by March 10, 2008.
- Reply is due by March 17, 2008.
- Trial documents are due by March 10, 2008.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: