

**FILED**
DISTRICT COURT OF GUAM

MAR 0 5 2008

JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO USE EXPERT TESTIMONY** |
| NATHANIEL D. PUNZALAN, | |
| Defendant. | |

Comes now the United States of America, by and through Rosetta L. San Nicolas, Assistant U.S. Attorney and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call Alcohol, Tobacco and Firearm Special Agent John Quintanilla, as an expert at trial. A copy of S/A John Quintanilla's curriculum Vitae is attached to this Notice of Expert Testimony. S/A John Quintanilla will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions. His opinions will be based on an examination of the .45 caliber pistol, brand name Essex Arms Corp; Serial Number #SS6838, the .45 caliber ammunition, the Springfield Armory pistol, model XD-45, caliber pistol, serial number US661844, and the .45 caliber ammunition recovered from the defendant on

January 2, 2006 and April 11, 2007. His conclusions and opinions were formulated as a result of the examination of the firearm. In addition, S/A John Quintanilla will testify concerning the purpose of weapons examination, the methods and reasons for such, as well as explaining terminology and findings contained within the reports themselves.

Respectfully submitted this 4th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney