# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, ) | |
| vs. ) | **ORDER RE: MOTION TO** |
| NATHANIEL DIAZ PUNZALAN, ) | **DISCLOSE IDENTITY OF** |
| Defendant. ) | **CONFIDENTIAL INFORMANT** |

The Defendant's Motion to Disclose Identity of Confidential Informant is hereby scheduled for Tuesday, March 18, 2008 at 9:30 a.m. The trial in this matter remains scheduled for Monday, March 24, 2008 at 9:00 a.m.

So Ordered.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 10, 2008**