CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

MAR 1 1 2008 

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00075 |
| ) | |
| vs. ) | **DECLARATION OF COUNSEL** |
| ) | |
| Plaintiff, ) | |
| ) | |
| NATHANIEL DIAZ PUNZALAN, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

I, John V. R. Aguon, hereby declare as follows:

1. That Cabot Mantanona LLP, has been court appointed counsel for Defendant NATHANIEL DIAZ PUNZALAN having been appointed pursuant to the Criminal Justice Act.

2. That I have received, confidential information from Defendant PUNZALAN indicating a conflict of interest exists rendering this office's continued representation of Defendant PUNZALAN unethical.

3. That Defendant PUNZALAN has been informed of counsel's position and intention to move to withdraw as counsel and Defendant PUNZALAN does desire the appointment of new counsel for his case.

4. That it is in Defendant PUNZALAN'S and society's best interest that an unconflicted attorney represent Defendant PUNZALAN.

ORIGINAL

5. That the facts and statement set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this 11th day of March, 2008.

JOHN M. R. AGUON
CABOT MANTANONA LLP

JVRA:scc
G:\Stacy\active clients\Punzalan, Nathaniel\Declaration of Counsel.doc