IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | |
| NATHANIEL DIAZ PUNZALAN, | ) | **ORDER** |
| Defendant. | ) | |

On January 31, 2008, the court appointed attorney Rawlen Mantanona as counsel of record for the Defendant, and thereafter scheduled trial in this matter to commence on March 24, 2008.

On March 11, 2008, Mr. Mantanona filed a motion to withdraw (Docket No. 49) on the basis that continued representation of the Defendant would pose a conflict of interest. In order to further develop the record as to the basis for withdrawal, the court hereby sets said motion for hearing on Wednesday, March 19, 2008, at 2:00 p.m.

In light of the pending motion to withdraw, the court hereby vacates the hearing on the Defendant's Motion to Reveal Identity of Informant, which is scheduled for oral argument on March 18, 2008. Said matter shall be rescheduled upon resolution of the motion to withdraw.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Mar 17, 2008**