# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00075 　　　　　　　　　　　DATE: March 19, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori 　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio 　Electronically Recorded: 2:06:27 - 2:16:24
CSO: B. Pereda

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan 　　　Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R. 　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas 　　　U.S. Agent:
U.S. Probation: None Present 　　　　　　U.S. Marshal: D. Punzalan/G. Perez
Interpreter: 　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion to Withdraw as Attorney**
- No objection by the Government.
- Motion granted.
- Stephanie Flores is appointed as counsel of record.
- Trial set for March 24, 2008 is vacated.
- Status hearing is set for March 24, 2008 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: