IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | |
| NATHANIEL DIAZ PUNZALAN, | ) | **ORDER** |
| Defendant. | ) | |

On January 31, 2008, the court appointed Rawlen Mantanona as counsel for the Defendant. Docket No. 41. On March 11, 2008, Mr. Mantanona filed a motion to withdraw. Docket No. 49. Following a hearing on the matter and for good cause shown, the court hereby grants the motion and appoints attorney Stephanie Flores as counsel of record for the Defendant.

The parties shall appear for a status hearing on Monday, March 24, 2008, at 10:00 a.m., and be prepared to discuss the scheduling of this matter for trial.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Mar 20, 2008**