**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00075　　　　　　　　　　DATE: March 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Mary B. Pangelinan
Courtroom Deputy: Walter Tenorio　　Electronically Recorded: 11:59:02 - 12:02:22
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan　　　Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: None Present　　　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**
- The court found that the ends of justice are served by continuing the trial outweighs the best interest of the public and the defendant in a speedy trial. Trial set for 5/27/2008 at 9:30 a.m. The period from today 3/24/2008 to 5/27/2008 is excluded for the purposes of speedy trial computation
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: