✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF                  GUAM

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**NATHANIEL DIAZ PUNZALAN**          CASE NUMBER:    **CR-07-00075-001**

TYPE OF CASE:

    ☐ **CIVIL**          **X    CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRETRIAL CONFERENCE**

**X   TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>May 20, 2008 at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>May 19, 2008 at 9:30 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| May 13, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     U. S. Attorney's Office
          Stephanie G. Flores
          U.S. Probation Office
          U.S. Marshals Service