

1 nathanielpunzalanconttrial

2 LEONARDO M. RAPADAS
United States Attorney
3 ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM

MAY 13 2008

JEANNE G. QUINATA
Clerk of Court

7 Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | STIPULATION OF PARTIES TO CONTINUE TRIAL |
| NATHANIEL PUNZALAN, | |
| Defendant. | |

COME NOW the United States of America and defendant, by and through counsel, Stephanie Flores, and jointly move that the trial date in this matter, which is presently set for May 27, 2008, be continued to July 14, 2008, or a date and time thereafter convenient to the Court. The parties make this request for the following reasons:

Defense Counsel Stephanie Flores will be in trial in the U.S. v. Eun Young Lee, CR 08-00008, case starting May 27, 2008 and will need the extra time to prepare for this case.

Government counsel Rosetta San Nicolas is scheduled for off-island surgery the first week of June and will need the additional time for her recovery. The parties respectfully request a continuance until July 14, 2008, or a date and time thereafter convenient to the Court. The parties believe that the

1

interests of justice will be served by granting a continuance of the trial for this timeframe.

Defendant made his initial appearance on this case on August 17, 2007, and was represented by the Federal Public Defender's Office (FPD). After the FPD moved to withdraw, defendant has been represented by Patrick Civille, Cynthia Ecube, William Gavras, Rawlen Mantanona and as of March 19, 2008, Stephanie Flores and jury selection and trial is scheduled for May 27, 2008. Because Stephanie Flores is in trial on a different case on this date and Rosetta San Nicolas will be receiving unexcpected medical treatment, the parties stipulate and agree to continue the trial date from May 27, 2008 to July 14, 2008 or a date thereafter convenient to the Court.

The parties further agree that any period of delay resulting from this stipulation shall be excluded under the provisions of the Speedy Trial Act (18 U.S.C. §3161)(h)(8)(A), as the ends of justice are served by the requested continuance. The Speedy Trial Act of 18 U.S.C. § 3162(8)(A) allows tolling of the time if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial". The parties believe that the best interests of both will be served by this continuance.

SO STIPULATED.

_13 May 08_
DATE

STEPHANIE FLORES
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_5/12/08_
DATE

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2