1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| | ) | **ORDER CONCERNING** |
| vs. | ) | **CONTINUATION OF TRIAL DATE** |
| NATHANIEL PUNZALAN, | ) | |
| Defendant. | ) | |

    This parties have submitted a stipulation to the Court to continue trial, which is presently set for 9:30 a.m. on May 27, 2008. The continuance requested by the parties will result in a delay of trial beyond the 70 days mandated by the Speedy Trial Act, 18 United States Code, Section 3161(c)(1). The parties advance the following reason for the continuance.

    Defense counsel Stephanie Flores will be in trial in the U.S. v.Eun Young Lee, CR08-00008 case, starting May 27, 2008 and will need the extra time to prepare for this case..

    Having been fully advised by the parties, this Court finds that the stipulated continuance of the parties is justified under the Speedy Trial Act, and accordingly finds that the Act should be tolled pursuant to 18 U.S.C. § 3162(8)(A), the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

    **IT IS SO ORDERED** that trial of this matter shall be set to July 1, 2008, at 9:30 a.m. The pretrial conference is scheduled for June 20, 2008 at 10:00 am. In addition, all trial

documents shall be filed no later than June 13, 2008. **IT IS ALSO APPROVED AND SO ORDERED**, based on the above-referenced stipulation, that the time between May 13, 2008 and July 1, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: May 16, 2008**