nathanielpunzalanwit2

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | **UNITED STATES WITNESS LIST** |
| NATHANIEL DIAZ PUNZALAN, | |
| Defendant. | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1) Charles Sedbury, Special Agent, Alcohol, Tobacco and Firearms
2) Hoang Nguyen, Special Agent, Alcohol, Tobacco and Firearms
3) Brian Ingargiola, Special Agent, Alcohol, Tobacco and Firearms
4) John Quintanilla, Special Agent, Alcohol, Tobacco and Firearms
5) Peter Ofeciar, Task Force Officer, Drug Enforcement Administration
6) Darren Caldwell, Task Force Officer, Drug Enforcement Administration
7) Frank R. Santos, Guam Police Department
8) Norbert K. Sablan, Guam Police Department
9) John T. Davis, Guam Police Department
10) John P. Aguon, Guam Police Department
11) Marvin R. Desamito, Task Force Officer, Drug Enforcement Administration
12) Kenneth B. Manibusan, Guam Police Department

13) Eric N. Asanoma, Guam Police Department

14) Phillip F. Paulino, Guam Police Department

15) T.J. Salas, Guam Police Department

16) Roland Okada, Marshal, Superior Court of Guam

17) Theodore Padua, Marshal, Superior Court of Guam

18) H.M. Matsumoto, Guam Police Department

19) Dennis R. Larson, Dededo, Guam

20) Steven Topasna, Guam Police Department

21) Vivian L. Larson, Dededo, Guam

22) John G. Camacho, Guam Police Department

23) Thomas H. Alger, Guam Police Department

24) Angelo Bueno, Guam Police Department

25) Records Custodian, Guam Police Department

26) Superior Court of Guam Clerk of Court

27) Jason B.P. Aguon, Guam Police Department

Respectfully submitted this 5th day of June 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

                By:    /s/ Rosetta L. San Nicolas
                         ROSETTA L. SAN NICOLAS
                         Assistant U.S. Attorney