1  nathanielpunzalanexpert

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam  96910
   Telephone:  (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,          )     CRIMINAL CASE NO.  07-00075
                                       )
12              Plaintiff,             )
                                       )
13          vs.                        )     **NOTICE OF INTENT TO USE**
                                       )     **EXPERT TESTIMONY**
14                                     )
    NATHANIEL DIAZ PUNZALAN,           )
15                                     )
                Defendant.             )
16  _____)

17       Comes now the United States of America, by and through Rosetta L. San Nicolas,

18  Assistant U.S. Attorney and respectfully provides notice that the United States intends to use

19  expert testimony pursuant to Federal Rules of Evidence, § 702 and Federal Rules of Criminal

20  Procedure Rule 16(a)(G).  The Government  intends to call Alcohol, Tobacco and Firearm and

21  Explosives (ATF) Special Agent John Quintanilla, as an expert at trial.  A copy of John

22  Quintanilla's Curriculum Vitae has been served on defense counsel.  Special Agent John

23  Quintanilla will testify concerning his observations, findings, conclusions, opinions, and basis

24  for his opinions.   His opinions will be based on an examination of the following: a .45 caliber

25  pistol, brand name: Essex Arms Corp; Serial Number #SS6838,  forty three pieces of .45 caliber

26  ammunition, a Springfield Armory pistol, model XD-45, a .45 caliber pistol, serial number

27  US661844, and nine rounds of .45 caliber ammunition.  All of the firearms and ammunition were

28  recovered from the defendant on January 2, 2006 and April 11, 2007.

1    Special Agent Quintanilla's conclusions and opinions were formulated as a result of the

2 examination of the firearms and ammunition.   In addition, Special Agent John Quintanilla will

3 testify concerning the purpose of weapons examination, the methods and reasons for such, as

4 well as explaining terminology and findings contained within the reports themselves.

5        Respectfully submitted this 5th day of June 2008.

6                                                   LEONARDO M. RAPADAS
                                                    United States Attorney
7                                                   Districts of Guam and NMI

8
                                     By:      /s/ Rosetta L. San Nicolas
9                                             ROSETTA L. SAN NICOLAS
                                              Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2