nathanielpunzalanver

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES PROPOSED** |
| NATHANIEL PUNZALAN, ) | **VERDICT FORM** |
| Defendants. ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning the defendant listed above..

Respectfully submitted this  5th   day of June 2008.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By:    /s/ Rosetta L. San Nicolas
      ROSETTA L. SAN NICOLAS
      Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES PROPOSED VERDICT FORMS** |
| NATHANIEL PUNZALAN, | ) | |
| Defendant. | ) | |

**COUNT I - POSSESSION OF A FIREARM BY A FELON**

We, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL PUNZALAN, Violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2, Possession of a Firearm by a Felon,

/     /     NOT GUILTY

/     /     GUILTY


**COUNT II - POSSESSION OF AMMUNITION BY A FELON**

We, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL PUNZALAN, Violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2, Possession of Ammunition by a Felon,

/     /     NOT GUILTY

/     /     GUILTY

2

**COUNT III - POSSESSION OF A FIREARM BY A FELON**

We, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL PUNZALAN, Violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2, Possession of a Firearm by a Felon,

/ /    NOT GUILTY

/ /    GUILTY

**COUNT IV - POSSESSION OF AMMUNITION BY A FELON**

We, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL PUNZALAN, Violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2, Possession of Ammunition by a Felon,

/ /    NOT GUILTY

/ /    GUILTY

DATED this _____ of _____ 2008, at Hagatna, Guam.

_____
FOREPERSON