LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NATHANIEL PUNZALAN, | ) | |
| Defendant. | ) | |

Based upon the United States' Amended Motion to Continue Trial (*see* Docket No. 71), in the above styled cause of action, and good cause appearing therefore, the Court finds that the ends of justice will be served in a continuance of the jury trial to provide for the continuity of counsel in a complex case, and the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv).

Having been advised in the premise, the Court finds that a continuance of the jury trial is necessitated due to the scheduled off-island surgery of government counsel, AUSA Rosetta L.

1 | San Nicolas. The scheduled surgery and recovery period would prevent her return to work until
2 | after August 8, 2008.

IT IS THEREFORE ORDERED that the trial be scheduled for August 11, 2008, at the hour of 9:30 a.m., and that the time period beginning today and including the new trial date of August 11, 2008, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. In addition, the pretrial conference scheduled for June 20, 2008 is hereby vacated and rescheduled for August5, 2008 at 9:30 a.m. All trial documents shall be filed no later than July 18, 2008.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jun 18, 2008**