IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | |
| NATHANIEL D. PUNZALAN, | **ORDER** |
| Defendant. | |

This matter is before the court on the Defendant's Motion for Discovery. (Docket No. 60.) Counsel for the parties are directed to meet and confer in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many disputes as possible. If counsel are able to settle their differences, they shall so inform the Court by written stipulation no later than July 14, 2008. If counsel are unable to settle their differences, the Court shall hear argument on the motion on Friday, July 18, 2008, at 10:00 a.m. Additionally, if agreement can not be reached, counsel shall formulate a written stipulation specifying separately and with particularity each issue that remains to be determined at the hearing and contentions and points and authorities of each party. Said stipulation shall be filed no later than July 14, 2008.

Furthermore, if the discovery disputes are found to be frivolous or based on counsel's failure to cooperate in good faith, sanctions will be imposed at the discretion of the Court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 03, 2008