

**ORIGINAL**

nathanielpunzalanind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 16 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | **POSSESSION OF A FIREARM BY A FELON** [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2] (Counts I and III) |
| NATHANIEL DIAZ PUNZALAN, | **POSSESSION OF AMMUNITION BY A FELON** [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2] (Counts II and IV) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

## COUNT I - POSSESSION OF A FIREARM BY A FELON

On or about January 4, 2006, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and affecting commerce, a firearm, to wit: a .45 caliber pistol, brand name: Essex Arms Corp; Serial Number #SS6838, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

On or about January 4, 2006, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and affecting commerce, ammunition, to wit: forty three .45 caliber ammunition, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT III - POSSESSION OF A FIREARM BY A FELON

On or about April 11, 2007, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and affecting commerce, a firearm, to wit: a Springfield Armory pistol, model XD-45, .45 caliber pistol, serial number US661844, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT IV - POSSESSION OF AMMUNITION BY A FELON

On or about April 11, 2007, in the District of Guam and elsewhere, NATHANIEL DIAZ PUNZALAN, the defendant herein, having been convicted of a felony offense; to wit, one count of Burglary (As a Second Degree Felony), on September 24, 2001, under the Superior Court of Guam, Case No. 78-01, and one count of Terrorizing (As a Third Degree Felony), on August 19, 2002, under the Superior Court of Guam, Case No. CF531-01; possessed in and

//
//

affecting commerce, ammunition, to wit: nine rounds of .45 caliber ammunition, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

DATED this 16th day of July, 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: *[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney

-3-

Case 1:07-cr-00075   Document 76   Filed 07/16/2008   Page 3 of 3