❦AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**NATHANIEL DIAZ PUNZALAN**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00075-001 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>3rd Floor, U.S. Courhouse<br>520 West Soledad Avenue<br>Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>302 |
|---|---|
| | Date and Time<br>**Friday, July 18, 2008 at 9:45 a.m.** |

To answer a(n)
- [X] Superseding Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2, Counts 1 and 3

Possession of Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2, Counts 2 and 4

**FILED**
DISTRICT COURT OF GUAM
JUL 18 2008
JEANNE G. QUINATA
Clerk of Court

**RECEIVED**
JUL 16 2008
US MARSHALS SERVICE-GUAM

**RECEIVED**
JUL 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
**MARILYN B. ALCON; Deputy Clerk**
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

**July 16, 2008**
Date

**ORIGINAL**

## RETURN OF SERVICE

Service was made by me on:[1]   Date  7/17/08

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: Gaum Hagatna lock up

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7/17/08
              Date

_Josh Halar_
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.