# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: CR-07-00075                    DATE: July 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda          Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 9:44:22 - 9:55:46

**APPEARANCES:**

Defendant: Nathaniel Diaz Punzalan          Attorney: Stephanie Flores
☑Present ☑Custody ☐Bond ☐P.R.          ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Rosetta San Nicolas                          U.S. Agent:
U.S. Probation: None Present
Interpreter:                                                Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Motion for Discovery**

- Defendant waives reading of Superseding Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Governments oral motion to unseal criminal case CR-08-00020, Government states that counsel for the defendant in criminal case CR-08-00020 has no objection to the unsealing . Court grants the motion.
- Government discloses discovery, parties have resolved all other motion issues.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: