CASE NO.: CR-07-00075-001                     DATE: August 05, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim Walmsley            Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:06:37 - 9:21:43

**APPEARANCES:**
Defendant: Nathanial Diaz Punzalan        Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas             U.S. Agent:
U.S. Probation: None Present
Interpreter:                                                   Language:

**PROCEEDINGS: Pretrial Conference**

- Jury selection to commence Monday, August 11, 2008 at 9:00 AM. Trial to begin Tuesday, August 12, 2008 at 9:30 AM. Trial length: approximately 2 days.
- Government to submit Amended Witness List, to include the name of the confidential informant and removing those names of individuals who will not be called.
- Court to provide counsel with its standard form voir dire questions. Defense to submit its proposed voir dire by Thursday, August 7, 2008.
- Counsel advised court that they are working on stipulating to certain matters, which includes the chain of custody of audio/visual materials, and will submit the stipulation to the court as soon as possible.

NOTES: - Parties to coordinate with the Court's IT personnel regarding the audio and/or visual material to be used at trial.

- There was discussion regarding the number of juror alternates. It was decided on 2 alternates.

- The Jury Administrator was instructed to provide counsel with the list of prospective jurors. The list will be sent by email this afternoon.