LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' AMENDED WITNESS LIST** |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1) John Quintanilla, Special Agent, Alcohol, Tobacco and Firearms

2) Peter Ofeciar, Task Force Officer, Drug Enforcement Administration

3) Norbert K. Sablan, Guam Police Department

4) John T. Davis, Guam Police Department

5) John P. Aguon, Guam Police Department

6) Roland Okada, Marshal, Superior Court of Guam

7) Theodore Padua, Marshal, Superior Court of Guam

8) Henrietta M. Matsumoto, Guam Police Department

9) Dennis R. Larson, Dededo, Guam

10) Lorraine Fejeran, Records Custodian, Guam Police Department

11) Superior Court of Guam, Clerk of Court

12) Jason B.P. Aguon, Guam Police Department

13) Richard J. Ichihara, Mangilao, Guam

14) John Tyquiengco, Guam Police Department

15) Lorraine Fejeran, Records Custodian, Guam Police Department

16) Gilbert Mondina, Guam Police Department

Respectfully submitted this 6th day of August, 2008.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney

-2-