THE LAW OFFICE OF
STEPHANIE G. FLORES
Suite 202, Quan Bldg.
324 West Soledad St.
Hagatna, Guam 96910
Telephone: 671-479-1003
Facsimile: 671-479-1002
Email: sgflores@gmail.com

Attorney for Defendant




**FILED**
DISTRICT COURT OF GUAM

AUG 0 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00075 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S PROPOSED |
| NATHANIEL DIAZ PUNZALAN | ) | VIOR DIRE QUESTIONS |
| Defendant. | ) | |

COMES NOW, the Defendant, NATHANIEL PUNZALAN, by and through his undersigned counsel of record, and hereby submits the following proposed vior dire questions:

1. Do you have any law enforcement training or experience?

2. Are you or any of your family members employed with any law enforcement organization?

3. Have you, or any member of your family, ever been a victim of a crime?

4. Have you, or any member of your family, ever been charged with or convicted of a crime?

5. Do you believe that if a person was convicted of a crime in the past and are charged with a new crime, that they must of guilty of the new crime?

6. Do you believe that if a person was convicted of a crime in the past that they must inherently be a bad person?

7. Do you believe that it is possible for a person to be wrongfully accused of a crime?

8. Would you tend to believe a witness who happens to work in law enforcement over other witnesses just because they work in law enforcement?

9. Do you believe that a person who has been convicted of a crime in that past is inherently untrustworthy?

10. Do you believe that people who have been convicted of possessing illegal drugs are bad people who probably commit other crimes?

11. Do you know anything about the facts surrounding this case?

Respectfully submitted this 7th day of August, 2008.

THE LAW OFFICE OF STEPHANIE G. FLORES

By: _____
Stephanie G. Flores, Esq.
Attorney for Defendant