THE LAW OFFICE OF
STEPHANIE G. FLORES
Suite 202, Quan Bldg.
324 West Soledad St.
Hagatna, Guam 96910
Telephone: 671-479-1003
Facsimile: 671-479-1002
Email: sgflores@gmail.com

Attorney for Defendant

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00075 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S WITNESS LIST |
| NATHANIEL DIAZ PUNZALAN | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, NATHANIEL PUNZALAN, by and through his undersigned counsel of record, and hereby indicates that he will not call any witnesses other than those listed in the Government's Amended Witness List filed on August 6, 2008. However, the Defendant expressly reserves his right to supplement this list as necessary to serve the ends of justice.

Respectfully submitted this 7th day of August, 2008.

THE LAW OFFICE OF STEPHANIE G. FLORES

By: _____
Stephanie G. Flores, Esq.
Attorney for Defendant