LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | **UNITED STATES SECOND AMENDED WITNESS LIST** |
| NATHANIEL DIAZ PUNZALAN, | |
| Defendant. | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1) John Quintanilla, Special Agent, Alcohol, Tobacco and Firearms

2) Peter Ofeciar, Task Force Officer, Drug Enforcement Administration

3) Norbert K. Sablan, Guam Police Department

4) John T. Davis, Guam Police Department

5) John P. Aguon, Guam Police Department

6) Roland Okada, Marshal, Superior Court of Guam

7) Theodore Padua, Marshal, Superior Court of Guam

8) Henrietta M. Matsumoto, Guam Police Department

9) Dennis R. Larson, Dededo, Guam

10) Lorraine Fejeran, Records Custodian, Guam Police Department

11) Superior Court of Guam, Clerk of Court

12) Jason B.P. Aguon, Guam Police Department

1. 13) Richard J. Ichihara, Mangilao, Guam
2. 14) John Tyquiengco, Guam Police Department
3. 15) Gilbert Mondina, Guam Police Department
4. 16) Rosa Vibar, Mongmong, Guam
5. 17) Mary Diaz, Yigo, Guam

Respectfully submitted this 11th day of August 2008.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney