ORIGINAL

nathanielpunzalanstp5

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION RE: PRIOR FELONY CONVICTION** |
| NATHANIEL DIAZ PUNZALAN, | ) |
| Defendant. | ) |

The United States of America, by and through its undersigned counsel, and defendant NATHANIEL DIAZ PUNZALAN, by and through himself and the advice his counsel, Stephanie Flores, Esq., enter into the following stipulation regarding the admission of certain evidence in the trial of the above-entitled case.

On or about September 24, 2001 and August 19, 2002, the defendant was convicted in the Superior Court of Guam of a crime punishable by imprisonment for a term exceeding one year.

-1-

The parties herein state that this stipulation is intended to preserve the court's time and to avoid the unnecessary testimony of foundational witnesses.

SO STIPULATED:

11 AUG 08
DATE

STEPHANIE FLORES
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

August 11, 2008
DATE

By:

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

-2-