**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-07-00075          DATE: August 11, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:07:30 - 10;34:20
                                                                      10:52:42 - 11:44:00

---

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan      Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent: J. Quintanilla, ATF
U.S. Probation: None Present
Interpreter:                                Language:

---

**PROCEEDINGS: Jury Selection**
- Voir dire begun.
- Voir dire held.
- Jury empaneled.
- Trial to commence on: <u>8/12/2008 at 10:00 a.m.</u>

NOTES:    AUSA Admin Assistance N. Soriano also seated at Government's table.

           Mr. L. Pickelsimer, defense investigator, also seated at defense table.