LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Fax: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | **SUBMISSION OF** |
| | ) | **JURY INSTRUCTION** |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby submits the following proposed jury instruction.

Dated this 12th day of August, 2008.

                          LEONARDO M. RAPADAS
                          United States Attorney
                          Districts of Guam and NMI

By: _____
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney

-1-

INSTRUCTION NO. _____

**TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES –
IMMUNITY, BENEFITS, ACCOMPLICE, PLEA**

You have heard testimony from Richard J. Ichihara, a witness who has pled guilty to a crime. This guilty plea is not evidence against the defendant, and you may consider it only in determining this witness's believability.

For this reason, in evaluating Richard J. Ichihara's testimony, you should consider the extent to which or whether Richard J. Ichihara's testimony may have been influenced by this factor. In addition, you should examine Richard J. Ichihara's testimony with greater caution than that of other witnesses.

AUTHORITY: <u>Manual of Model Jury Instructions for the Ninth Circuit</u>, 2003 Ed., § 4.9