# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CR-07-00075-001 | DATE: August 12, 2008 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 10:04:47 - 10:57:36 |
| | 11:09:03 - 11:27:18 |
| | 1:11:09 -  1:29:23 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Nathaniel Diaz Punzalan | Attorney: Stephanie Flores |
| ☑Present ☑Custody ☐Bond ☐P.R. | ☑Present ☐Retained ☐FPD ☑CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: J. Quintanilla, ATF |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Trial - Day 1**

- Jury sworn.
- Opening statements by the <u>plaintiff and defendant</u>.
- Witness sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>August 13, 2008 at 9:00 AM</u>

NOTES: Seated at Government's table: Greg Helm and Noreen Soriano. Government advised the court that Ms. Santo-Tomas, attorney for Richard Ichihara, also present in the courtroom.

Seated at defense table: Larry Pickelsimer.

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | EXHIBIT and WITNESS LIST |
|---|---|
| V. | |
| **NATHANIEL DIAZ PUNZALAN** | Case Number: **CR-07-00075-001** |

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**ROSETTA SAN NICOLAS** | DEFENDANT'S ATTORNEY<br>**STEPHANIE FLORES** |
|---|---|---|
| HEARING DATE (S)<br>**August 12, 20008 - Day 1** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**CARMEN B. SANTOS** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:04:27 - Jury Trial - Day 1 - Case called |
| | | | | | | 10:08:16 - Jurors seated; sworn |
| | | | | | | Opening Statement by Government |
| | | | | | | Opening Statement by Defense |
| | | | | | | **10:28:57 - Peter Ofeciar, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | 7 | | 8/12/08 | 8/12/08 | 8/12/08 | Audio recording of telephone conversation on 1-4-06 at 2:58 p.m.; offered by the Government; stipulation read; admitted per stipulation |
| | | | | | | 10:59:07 - 11:09:03 - Morning Recess |
| | | | | | | 11:10:44 - Continued DX by Ms. San Nicolas |
| | 9 | | 8/12/08 | 8/12/08 | 8/12/08 | Audio recording of telephone conversation on 1-4-06 at 4:40 p.m.; offered by the Government; stipulation read; admitted per stipulation |
| | 11 | | 8/12/08 | 8/12/08 | 8/12/08 | Audio recording of telephone conversation on 1-4-06 at 4:58 p.m.; offered by the Government; stipulation read; admitted per stipulation |
| | 13 | | 8/12/08 | 8/12/08 | 8/12/08 | Video and audio recording of meeting on 1-4-06 ; offered by the Government; stipulation read; admitted per stipulation |
| | | | | | | Government request to admit transcripts of tapes |
| | 7 | | 8/12/08 | 8/12/08 | 8/12/08 | Audio recording of telephone conversation on 1-4-06 at 2:58 p.m. presented |
| | | | | | | Government offers admission of transcripts of audio recordings |
| | 8 | | 8/12/08 | 8/12/08 | | Transcript of audio recording of telephone conversation on 1-4-06 at 2:58 p.m. |
| | 10 | | 8/12/08 | 8/12/08 | | Transcript of audio recording of telephone conversation on 1-4-06 at 4:40 p.m. |
| | 12 | | 8/12/08 | 8/12/08 | | Transcript of audio recording of telephone conversation on 1-4-06 at 4:58 p.m. |
| | 14 | | 8/12/08 | 8/12/08 | | Transcript of video/audio recording of meeting on 1-4-06 |
| | | | | | | Defense oppose admittance of transcripts |
| | | | | | | Court to review cases and make determination of admittance |
| | | | | | | 11:27:18 - 1:11:09 - Lunch recess |
| | | | | | | 1:17:48 - 1:19:19 - Jurors excused (due to illness of Juror 6); to report by 8:45 AM, 08/13/2008 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **FRANCES M. TYDINGCO-GATEWOOD** | **ROSETTA SAN NICOLAS** | **STEPHANIE FLORES** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **August 12, 20008 - Day 1** | **WANDA MILES** | **CARMEN B. SANTOS** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Discussion continued re evidentiary matters. Government must lay foundation; if witness can say "yes", transcript can be provided to jurors to follow along as the audio is being played. Transcripts will not be admitted into evidence. Audio is to govern. |
| | | | | | | As to Stipulation re audio, need to amend portion relative to exhibit 13 to instead read, Exhibit 13(a) - audio; and 13(b) video. |
| | | | | | | Court instructs parties to review and modify Model Rule 4.9 (4th paragraph of most current rules) and submit the modified Rule 4.9 at 8/13/2008 trial date. |
| | | | | | | 1:29:23 - End Day 1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page -2-