THE LAW OFFICE OF
STEPHANIE G. FLORES
Suite 202, Quan Bldg.
324 West Soledad St.
Hagatna, Guam 96910
Telephone: 671-479-1003
Facsimile: 671-479-1002
Email: sgflores@gmail.com
Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM

AUG 1 2 2008 RP.

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00075 |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S EXHIBIT LIST |
| NATHANIEL DIAZ PUNZALAN | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, NATHANIEL PUNZALAN, by and through his undersigned counsel of record, and hereby submits the following exhibit list:

A. Indictment in Criminal Case 08-00020 – United States vs. Richard Ichihara, et al.

B. Plea Agreement in Criminal Case 08-00020 executed by Richard Ichihara.

The Defendant expressly reserves his right to supplement this list as necessary to serve the ends of justice.

Respectfully submitted this 12th day of August, 2008.

THE LAW OFFICE OF STEPHANIE G. FLORES

By: _____
Stephanie G. Flores, Esq.