nathanielpunzalanexh

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00075 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SECOND AMENDED** |
| vs. | ) | **UNITED STATES EXHIBIT LIST** |
| | ) | |
| NATHANIEL DIAZ PUNZALAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this  11th  day of August 2008.

                                        LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and NMI

                            By:     /s/ Rosetta L. Nicolas
                                    ROSETTA L. SAN NICOLAS
                                    Assistant U.S. Attorney

1

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Defendant's judgment from Superior Court CM531-01 | _____ | _____ |
| 2) | Defendant's indictment from Superior Court CF531-01 | _____ | _____ |
| 3) | Defendant's complaint from Superior Court CF531-01 | _____ | _____ |
| 4) | Defendant's judgment from Superior Court CF78-01 | _____ | _____ |
| 5) | Defendant's plea agreement from Superior Court CF78-01 and indictment | _____ | _____ |
| 6) | Defendant's warrant of arrest/violation report Superior Court CF0246 -04 | _____ | _____ |
| 7) | Audio recording of telephone conversation on 1-4-06 at 2:58 p.m. | _____ | _____ |
| 8) | Transcript of audio recording of conversation on 1-4-06 at 2:58 p.m. | _____ | _____ |
| 9) | Audio recording of telephone conversation on 1-4-06 at 4:30 p.m. | _____ | _____ |
| 10) | Transcript of audio recording of conversation on 1-4-06 at 4:30 p.m. | _____ | _____ |
| 11) | Audio recording of telephone conversation on 1-4-06 at 4:58 p.m.. | _____ | _____ |
| 12) | Transcript of audio recording of conversation on 1-4-06 at 4:58 p.m. | _____ | _____ |
| 13a) | Audio recording of meeting on 1-4-06 | _____ | _____ |
| 13b) | Video recording of of meeting on 1-4-06 | _____ | _____ |
| 14) | Transcript of audio recording of meeting on 1-4-06 | _____ | _____ |
| 15) | Essex Arms Company Pistol, .45 caliber, SN SS6838 | _____ | _____ |
| 16) | White Plastic bag containing a white towel, a "Jansport" brand green hand bag containing three .45 caliber ammunition magazines | _____ | _____ |
| 17) | 43 unexpended .45 caliber bullets | _____ | _____ |

1

18) A "Ringspun" brand green canvas bag containing a Springfield Armory Geneseo pistol model XD-45 .45 caliber SN US661844 and 11 unexpended .45 caliber bullets     _____   _____

19) 9 unexpended .45 caliber bullets and a magazine     _____   _____

20) Still video image     _____   _____

21) Still video image     _____   _____

22) Photographs of Essex Arms Company pistol     _____   _____

23) Photographs of Springfield Armory pistol     _____   _____

24) Photographs of Nine bullets     _____   _____

25) Photographs of Forty-Three bullets     _____   _____