1

2   LEONARDO M. RAPADAS
    United States Attorney
3   ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam  96910
    Telephone:   (671) 472-7332
6   Fax:  (671) 472-7334

7   Attorneys for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,        )      CRIMINAL CASE NO.  07-00075
                                     )
12                    Plaintiff,     )
                                     )
13          vs.                      )      **SUBMISSION OF**
                                     )      **JURY INSTRUCTION**
14                                   )
    NATHANIEL DIAZ PUNZALAN,         )
15                                   )
                      Defendant.     )
16  _____)

17
            The United States of America, by and through its undersigned counsel, hereby submits
18
    the following proposed jury instruction.
19
            Dated this 12th day of August, 2008.
20

21                                          LEONARDO M. RAPADAS
                                            United States Attorney
22                                          Districts of Guam and NMI

23
                              By:     /s/ Rosetta L. San Nicolas
24                                    ROSETTA L. SAN NICOLAS
                                      Assistant U.S. Attorney
25

26

27

28

                                          -1-

INSTRUCTION NO. _____

**TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES –
IMMUNITY, BENEFITS, ACCOMPLICE, PLEA**

You have heard testimony from Richard J. Ichihara, a witness who has pled guilty to a crime. This guilty plea is not evidence against the defendant, and you may consider it only in determining this witness's believability.

For this reason, in evaluating Richard J. Ichihara's testimony, you should consider the extent to which or whether Richard J. Ichihara's testimony may have been influenced by this factor. In addition, you should examine Richard J. Ichihara's testimony with greater caution than that of other witnesses.

AUTHORITY:  Manual of Model Jury Instructions for the
Ninth Circuit, 2003 Ed., § 4.9