**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-07-00075-001                    DATE: August 13, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley            Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded:  9:12;12 - 10:19:38
                                                               10:35:48 - 11:56:27
                                                                1:09:51 -  2:11:37
                                                                2:28:04 -  3:47:38
                                                                4:04:08 -  4:46:52

**APPEARANCES:**
Defendant: Nathaniel Diaz Punzalan            Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas            U.S. Agent: J. Quintanilla
U.S. Probation: None Present
Interpreter:                                  Language:

**PROCEEDINGS: Jury Trial - Day 2**
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: 8/14/2008 at 8:15 AM

NOTES:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | ROSETTA SAN NICOLAS | STEPHANIE FLORES |
| HEARING DATE (S)<br>August 12, 2008 - Day 1<br>August 13, 2008 - Day 2 | COURT REPORTER<br><br>WANDA MILES | COURTROOM DEPUTY<br><br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 9:12:12 - Start Day 2 |
| | | | | | | 9:14:02 - Jurors seated |
| | | | | | | 9:14:36 - **Witness Oficiar** seated, continued DX by Ms. San Nicolas |
| | 8 | | 8/13/08 | 8/13/08 | | Transcript of audio recording of telephone conversation on 1-4-06 at 2:58 p.m. |
| | 10 | | 8/13/08 | 8/13/08 | | Transcript of audio recording of telephone conversation on 1-4-06 at 4:40 p.m. |
| | 12 | | 8/13/08 | 8/13/08 | | Transcript of audio recording of telephone conversation on 1-4-06 at 4:58 p.m. |
| | 14 | | 8/13/08 | 8/13/08 | | Transcript of video/audio recording of meeting on 1-4-06 |
| | | | | | | 9:18:03 - Voir Dire by Ms. Flores in aid of objection |
| | | | | | | 9:22:15 - 9:29:44 - Jurors excused - discussion concerning unavailability of witness to testify re presence during taping/accuracy of transcription |
| | | | | | | Government withdraws request to admit transcripts of audio identified as Exhibits 8, 10, 12, 14 |
| | 9 | | 8/12/08 | 8/13/08 | 8/12/08 | 9:30:37 - Audio recording of telephone conversation on 1-4-06 at 4:40 p.m.- played for the jury |
| | 11 | | 8/12/08 | 8/13/08 | 8/12/08 | 9:32:07 - Audio recording of telephone conversation on 1-4-06 at 4:58 p.m.- played for the jury |
| | 13(b) | | 8/12/08 | 8/13/08 | 8/12/08 | 9:36:21 - Video recording of meeting on 1-4-06 - played for the jury |
| | | | | | | 9:48:39 - CX by Ms. Flores |
| | | | | | | 9:55:43 - Re-DX by Ms. San Nicolas |
| | | | | | | 9:56:49 - Re-CX by Ms. Flores |
| | | | | | | 9:57:14 - Witness Oficiar excused |
| | | | | | | 9:58:26 - Witness **John Patrick Blas Aguon** called and sworn; DX by Ms. San Nicolas |
| | 13(a) | | 8/12/08 | 8/13/08 | 8/12/08 | 10:07:36 - Audio recording of meeting on 1-4-06 - played for the jury |
| | 14 | | 8/13/08 | 8/13/08 | 8/13/08 | Transcript of video/audio recording of meeting on 1-4-06; offered by the government; admitted |
| | 20 | | 8/13/08 | 8/13/08 | | Still video image; offered by the government; objected by defense; offer withdrawn |
| | 21 | | 8/13/08 | 8/13/08 | | Still video image; offered by the government; objected by defense; offer withdrawn |
| | | | | | | 10:16:38 - CX by Ms. Flores |
| | | | | | | 10:18:58 - Witness Aguon excused |
| | | | | | | 10:19:38 - 10:35:48 - Jurors excused - Morning Break - |
| | | | | | | 10:39:21 - Jurors seated |
| | | | | | | 10:39:49 - Witness **Jason P. Aguon** called and sworn; DX by Ms. San Nicolas |
| | 20 | | 8/13/08 | 8/13/08 | | Still video image; offered by the government; objected by defense; offer withdrawn |
| | 21 | | 8/13/08 | 8/13/08 | | Still video image; offered by the government; objected by defense; offer withdrawn |
| | | | | | | 10:46 - Bench conference |
| | 16 | | 8/13/08 | 8/13/08 | 8/13/08 | White Plastic bag containing a white towel, a "Jansport" brand green hand bag containing three .45 caliber ammunition magazines; offered by the government, admitted, without objection |
| | 15 | | 8/13/08 | 8/13/08 | 8/13/08 | Essex Arms Company Pistol, .45 caliber, SN SS6838, offered, admitted, without objection |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | | | | | ROSETTA SAN NICOLAS | STEPHANIE FLORES |
| HEARING DATE (S) August 12, 2008 - Day 1 August 13, 2008 - Day 2 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- | --- |
| | 17-1 - 17-7 | | 8/13/08 | 8/13/08 | 8/13/08 | 43 unexpended .45 bullets, offered by the government, admitted, without objection |
| | | | | | | 11:01:00 - Bench conference |
| | | | | | | 11:11:43 - CX by Ms. Flores |
| | | | | | | 11:17:33 - Re-DX by Ms. San Nicolas |
| | | | | | | 11:21:29 - Re-CX by Ms. Flores |
| | | | | | | 11:22:11 - Witness Aguon excused |
| | | | | | | 11:23:56 - **Witness Richard John Ichihara** called and sworn; DX by Ms. San Nicolas |
| | | | | | | 11:55:12 - Jurors excused - lunch recess |
| | | | | | | 11:56:27 - 1:09:51 - Lunch Recess |
| | | | | | | 1:11:38 - Jurors seated |
| | | | | | | 1:11:46 - Witness Ichihara seated |
| | | | | | | 1:11:55 - CX by Ms. Flores |
| | | | | | | 1:24:26 - Re-DX by Ms. San Nicolas |
| | | | | | | 1:25:16 - Re-CX by Ms. Flores |
| | | | | | | 1:26:10 - Witness Ichihara excused |
| | | | | | | 1:27:04 - **Witness Roland Okada** called and sworn; DX by Ms. San Nicolas |
| | | | | | | 1:45:16 - CX by Ms. Flores |
| | | | | | | 1:49:43 - Re-DX by Ms. San Nicolas |
| | | | | | | 1:51:53 - Witness Okada excused |
| | | | | | | 1:52:48 - **Witness Theodoro Padua** called and sworn; DX by Ms. San Nicolas |
| | 18 | | | 8/13/08 | | A "Ringspun" brand green canvas bag containing a Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844 and 11 unexpended .45 caliber bullets |
| | | | | | | 2:02:13 - CX by Ms. Flores |
| | | | | | | 2:03:22 - Re-DX by Ms. Flores |
| | | | | | | 2:03:50 - Witness Padua excused |
| | | | | | | 2:05:13 - **Witness John T. Davis** called and sworn; DX by Ms. San Nicolas |
| | | | | | | 2:08:42 - CX by Ms. Flores |
| | | | | | | 2:08:59 - Witness Davis excused |
| | | | | | | 2:09:32 - Jurors excused - 10 minutes recess |
| | | | | | | 2:28:04 - Resume afternoon session |
| | | | | | | 2:29:19 - Jurors seated |
| | | | | | | 2:30:00 - **Witness Henrietta M. Matsumoto** called and sworn; DX by Ms. San Nicolas |
| | 18-1 | | 8/13/08 | 8/13/08 | | A "Ringspun" brand green canvas bag containing a Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844 and 11 unexpended .45 caliber bullets; offered by the government; |
| | 18-2 | | 8/13/08 | 8/13/08 | | Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844; offered by the government; |
| | 19 | | 8/13/08 | 8/13/08 | | 9 unexpended .45 caliber bullets and a magazine; offered by the government |
| | | | | | | 2:43:58 - 2:53:16 - Jurors excused - discussion re: chain of custody of Exhibit 18-2 |
| | | | | | | 2:55:29 - CX by Ms. Flores |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | | | | | ROSETTA SAN NICOLAS | STEPHANIE FLORES |
| HEARING DATE (S)<br>August 12, 2008 - Day 1<br>August 13, 2008 - Day 2 | | | | | COURT REPORTER<br><br>WANDA MILES | COURTROOM DEPUTY<br><br>CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 2:56:27 - Re-DX by Ms. San Nicolas |
| | | | | | | 2:56:48 - Witness Matsumoto excused |
| | | | | | | 2:58:05 - **Witness Dennis R. Larsen** called and sworn; DX by Ms. San Nicolas |
| | 18-2 | | 8/13/08 | 8/13/08 | | Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844; offered by the government; |
| | 26 | | 8/13/08 | 8/13/08 | | Photocopy of Firearm Certificate No. US661844 |
| | 19 | | 8/13/08 | 8/13/08 | | 9 unexpended .45 caliber bullets and a magazine; offered by the government |
| | | | | | | 3:08:04 - CX by Ms. Flores |
| | | | | | | 3:08:44 - Re-DX by Ms. San Nicolas |
| | | | | | | 3:10:55 - Re-CX by Ms. Flores |
| | | | | | | 3:11:54 - Witness Larsen excused |
| | | | | | | 3:14:54 - **Witness John Quintanilla** called and sworn; DX by Ms. San Nicolas |
| | | | | | | Government's oral motion to certify Mr. Quintanilla as a firearm's expert - area of determine origin of firearms and ammunition or manufacture of ammunition and interstate nexus |
| | | | | | | 3:21:56 - Voir dire by Ms. Flores in aid of objection to motion to certify Mr. Quintanilla |
| | | | | | | 3:25:22 - Court qualifies Mr. Quintanilla |
| | 18-2 | | 8/13/08 | 8/13/08 | | Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844; offered by the government; |
| | 17 | | 8/13/08 | 8/13/08 | 8/13/08 | 43 unexpended .45 bullets |
| | 15 | | 8/13/08 | 8/13/08 | 8/13/08 | Essex Arms Company Pistol, .45 caliber, SN SS6838 |
| | | | | | | 3:44:21 - CX by Ms. Flores |
| | | | | | | 3:45:51 - Re-DX by Ms. San Nicolas |
| | | | | | | 18 U.S.C. § - judicial notice requested by government - court will instruct jurors at closing |
| | | | | | | 3:47:03 - Jurors excused - 10 minute break |
| | | | | | | 3:47:38 - 4:04:08 - Afternoon session resume |
| | | | | | | 4:07:01 - Jurors seated |
| | | | | | | 4:07:20 - **Witness Padua** recalled; DX by Ms. San Nicolas |
| | | | | | | 4:11:31 - CX by Ms. Flores |
| | | | | | | 4:13:23 - Re-DX by Ms. San Nicolas |
| | | | | | | 4:15:10 - Witness Padua excused |
| | | | | | | 4:15:52 - **Witness Okada** recalled; DX by Ms. San Nicolas |
| | | | | | | 4:29:49 - CX by Ms. Flores |
| | | | | | | 4:27:01 - Re-DX by Ms. San Nicolas |
| | | | | | | 4:29:05 - Witness Okada excused |
| | | | | | | 4:30:05 - **Witness Matsumoto** recalled; DX by Ms. San Nicolas |
| | 18-1 | | 8/13/08 | 8/13/08 | | A "Ringspun" brand green canvas bag containing a Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844 and 11 unexpended .45 caliber bullets; offered by the government; |
| | 18-2 | | 8/13/08 | 8/13/08 | | Springfield Armory Genesseo pistol model XD-45 .45 caliber SN US661844; offered by the government; |
| | 19 | | 8/13/08 | 8/13/08 | | 9 unexpended .45 caliber bullets and a magazine; offered by the government |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | ROSETTA SAN NICOLAS | STEPHANIE FLORES |
| HEARING DATE(S)<br>August 12, 2008 - Day 1<br>August 13, 2008 - Day 2 | COURT REPORTER<br><br>WANDA MILES | COURTROOM DEPUTY<br><br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Government moves to admit; same objection by Ms. Flores; court sustains objection |
| | | | | | | 4:39:06 - Jurors excused for the day; instructed to report by 8:45 a.m.; day 3 to start at 8:15 a.m. |
| | | | | | | |