DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 12 2008
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, | |
| vs. | JURY NOTE |
| Nathaniel Diaz Punzalan, | |
| Defendants. | |

IS IT POSSIBLE TO

PAUSE THE VIDEO

ON THE GUY WITH

~~THE~~ THE CAP?

So we can see the

person properly