DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 13 2008
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | |
| Nathaniel Diaz Punzalan, | JURY NOTE |
| Defendants. | |

THE MARSHALL PADUA

She mentioned ~~that she~~

~~sa~~ is that the same

Padua that left ~~the~~

residence ?

~~If~~