

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, | |
| vs. | JURY NOTE |
| Nathaniel Diaz Punzalan, | |
| Defendants. | |

What is Interstate nex?