DISTRICT COURT OF GUAM
TERRITORY OF GUAM


FILED
DISTRICT COURT OF GUAM
AUG 13 2008
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, vs. Nathaniel Diaz Punzalan, Defendants. | JURY NOTE |

Before ~~a~~ US MARSHALL Padua left the premises did he met with officer Matsumoto on his way out?