DISTRICT COURT OF GUAM

TERRITORY OF GUAM



FILED
DISTRICT COURT OF GUAM
AUG 13 2008
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
|---|---|
| Plaintiff, vs. | |
| Nathaniel Diaz Punzalan, | JURY NOTE |
| Defendants. | |

She mentioned earlier that she saw US Marshal PADUA now

She didnt mention Podua?