DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 14 2008
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>Nathaniel Diaz Punzalan,<br><br>~~Defendants~~. | CRIMINAL CASE NO. 07-00075<br><br>JURY NOTE |

DID OFFICER MATSUMOTO GOT CONFUSED WITH US MARSHALL PADUA WITH ANOTHER US MARSHALL?

because she testify earlier that she met with US Marshall Padua on his way out but then MARSHALL Padua said he did not met any POLICE OFFICER on his way out so which is the truth?