DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 14 2008
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00075 |
| Plaintiff, | |
| vs. | JURY NOTE |
| Nathaniel Diaz Punzalan, | |
| Defendants. | |

#8

I would like to (Clarify or know) the definition of "Possession"