DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 14 2008
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>Nathaniel Diaz Punzalan,<br><br>   Defendants. | CRIMINAL CASE NO. 07-00075<br><br>JURY NOTE |

We the Jury: Request for desktop speaker - the speaker with the laptop is not loud enough for all of us to hear in the room

Date and Time Written: 8/14/08 1:44 pm
Date and Time Received by Court: 8/14/08 1:45 pm
Date and Time Answered by Court: 8/14/08 1:50 pm

We will have our IT staff respond to this request ASAP

IT testing speakers

Case 1:07-cr-00075  Document 110  Filed 08/14/2008  Page 1 of 1