# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CR-07-00075-001 | DATE: August 14, 2008 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 8:33:18 - 8:35:33 |
| | 8:57:24 - 10:08:05 |
| | 10:25:04 - 12:18:08 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Nathaniel Diaz Punzalan | Attorney: Stephanie Flores |
| ☑Present ☑Custody ☐Bond ☐P.R. | ☑Present ☐Retained ☐FPD ☑CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: J. Quintanilla, ATF |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Jury Trial - Day 3**

- Defense makes oral Rule 29 motion as to Counts I and III re possession and Count IV re connection and possession. After argument, court reserves ruling.
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Closing Arguments by the plaintiff and defendant.
- Jury charged by Court.
- Jury commence deliberation.

NOTES: