DISTRICT COURT OF GUAM
TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 14 2008
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>Nathaniel Diaz Punzalan,<br><br>        Defendants. | CRIMINAL CASE NO. 07-00075<br><br>JURY NOTE |

We the Jury: _have reached the verdict_

**REDACTED**

Date and Time Written: 8/14/08 4:28 pm
Date and Time Received by Court: 8/14/08 4:29
Date and Time Answered by Court: 8/14/08 4:30

Dear Foreperson and Jurors,
I am calling the attorneys in. We will be with you shortly.

Judge [signature]