FILED
DISTRICT COURT OF GUAM
AUG 1 4 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL DIAZ PUNZALAN,<br><br>Defendant. | Criminal Case No. 07-00075<br><br>VERDICT FORM |

## COUNT I - POSSESSION OF A FIREARM BY A FELON

As to the charge of Possession of a Firearm by Felon, we, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL DIAZ PUNZALAN:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

As to the charge of Possession of Ammunition by Felon, we, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL DIAZ PUNZALAN:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT III - POSSESSION OF A FIREARM BY A FELON

As to the charge of Possession of a Firearm by Felon, we, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL DIAZ PUNZALAN:

/ / NOT GUILTY

/ ✓ / GUILTY

## COUNT IV - POSSESSION OF AMMUNITION BY A FELON

As to the charge of Possession of Ammunition by Felon, we, the Jury, in the above-entitled cause unanimously find the defendant, NATHANIEL DIAZ PUNZALAN:

/ ✓ / NOT GUILTY

/ / GUILTY

DATED this 14 of August 2008, at Hagåtña, Guam.

_____
FOREPERSON