**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
TRIAL**

CASE NO.: CR-07-00075-001                                            DATE: August 14, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos       Electronically Recorded: 4:47:50 - 4:56:41

**APPEARANCES:**

Defendant: Nathaniel Diaz Punzalan          Attorney: Stephanie Flores
☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent: J. Quintanilla, ATF
U.S. Probation: None Present
Interpreter:                                Language:

**PROCEEDINGS: Return of Verdict**
- Jury returns verdict at 4:28 PM.
- Jury verdict: Not guilty as to Counts I, II and IV; guilty as to Count III.
- Jury polled.
- Jury discharged.
- Defense renews Rule 29 oral motion as to Count III. Defense to file Rule 29 Motion by August 18, 2008. Government's opposition due by August 22, 2008. Defense reply due by August 26, 2008.

NOTES: