United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back*      (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Rosetta L. San Nicolas | 479-4115 | 8-15-2008 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| U.S. Attorney, Sirena Plaza | Hagatna | GU | 96910 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 07-00075 | U.S. v. N. Punzalan | 10. FROM 8/11/08 | 11. TO 8/14/08 |

| 12. PRESIDING JUDICIAL OFFICIAL | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Frances Tydingco-Gatewood | 13. CITY Hagatna | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | John Quintanilla | 8/13/2008 |
| [ ] OPENING STATEMENT (Defendant) | | Dennis Larson | 8/13/2008 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2008
JEANNE G. QUINATA
Clerk of Court

17. ORDER

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [X] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | 1 | |
| [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software. | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
( deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

| 18. SIGNATURE | 19. DATE |
|---|---|
| [signature] | 8/15/08 |

| PROCESSED BY | | PHONE NUMBER |
|---|---|---|
| Joe May B. M. Manglona 8-15-08 | | |

| ORDER RECEIVED | DATE | BY | DEPOSIT PAID |
|---|---|---|---|
| | 8-15-08 | mba | |
| DEPOSIT PAID | | | TOTAL CHARGES |
| CD DUPLICATED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD | 8-15-08 | mba | TOTAL REFUNDED |
| PARTY RECEIVED CD | | | |