Rev. 5-10-2007 United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME Stephanie G. Flores | 2. PHONE NUMBER 479-1060/03 | 3. DATE 21 Aug 08 | |
|---|---|---|---|
| 4. MAILING ADDRESS 324 W. Soledad Ave Suite 201 | 5. CITY Hagatna | 6. STATE GU | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR 00075-07 | 9. CASE NAME Punzalan | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/10 | 11. TO 8/14 |
| 12. PRESIDING JUDICIAL OFFICIAL Chief Judge Frances Tydingco Gatewood | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [x] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | J. Quinata-Piwa 8/13 |
| [ ] OPENING STATEMENT (Plaintiff) | | | D. Untalan 8/13 |
| [ ] OPENING STATEMENT (Defendant) | | | 2:58:05 to 3:11:54 |
| [x] CLOSING ARGUMENT (Plaintiff) | 8/14 | [ ] PRE-TRIAL PROCEEDING (Spcy) | 3:14:35 to 3:46:45 |
| [x] CLOSING ARGUMENT (Defendant) | 8/14 | | |
| [ ] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | 8/14 | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | 10:58:30 to 12:17:35 | | |

17. ORDER

- [ ] FTR Gold Format. Free player software included on CD.
- [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [x] MP3 - This format will play using Windows Media Player™ software, as well as other 3rd party software.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player™ software, as well as other 3rd party software.

Media: [ ] CD [ ] DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| 1 | 1 | |

ESTIMATE TOTAL

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE 21 Aug 08 |
|---|---|
| PROCESSED BY B.M. 8/21/08 | PHONE NUMBER |
| ORDER RECEIVED | DEPOSIT PAID |
| DEPOSIT PAID | TOTAL CHARGES |
| CD/DVD DUPLICATED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD 8/21/08 P.D. | TOTAL REFUNDED |
| PARTY RECEIVED CD/DVD 8/21/08 C.V. | TOTAL DUE |

FILED
DISTRICT COURT OF GUAM
AUG 22 2008
JEANNE G. QUINATA
Clerk of Court