DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NATHANIEL DIAZ PUNZALAN,<br><br>    Defendant. | Criminal Case No. 07-00075<br><br>**ORDER RE: SENTENCING** |

It is hereby ordered that the Sentencing in the above captioned matter, is calendared for December 12, 2008 at 9:30 a.m. The draft presentence report ("PSR") is due to the parties by October 14, 2008. The parties' responses to the PSR are due by October 28, 2008 and the final PSR is due by December 2, 2008.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 08, 2008**